UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

SANDRA E. TOODLE, et al.,           )     CASE NO. 1:06 CV 2880
                                    )
        Plaintiffs,                 )     JUDGE DAN AARON POLSTER
                                    )
    v.                              )
                                    )     MEMORANDUM OF OPINION
LAURA BUSH, et al.,                 )     AND ORDER
                                    )
        Defendants.                 )


        On November 30, 2006, plaintiff pro se Sandra Toodle
filed this action against First Lady Laura Bush, Captain Janet
Aubrey, Mary Anderson, Glenn O'Neal, Jennifer "Caroline" Bush,
Attorney Geraldine Turner Jones, James E. Ward, Chief Justice John
Roberts, Chow Lin Lee, M.D., Tom Lee, Marilyn House, and Wilson
Avery.

        While the complaint is unclear, it alleges, inter alia,
that:   Sandra Toodle's daughter, Valerie Isom, had "illegal
surgery" on her eyes and was blinded; Valerie is being used by
health care officials in pornographic movies; and, Ms. Toodle was
raped and "then transport me to on a 911 case load, which the
Federal Agents found to be illegal in 1994 on Market Street in St.
Louis Mo."

Principles requiring generous construction of <u>pro se</u> pleadings are not without limits.  <u>Beaudett v. City of Hampton</u>, 775 F.2d 1274, 1277 (4th Cir. 1985).  Given the most liberal construction, the complaint does not contain allegations reasonably suggesting plaintiff might have a valid federal claim, or setting forth a reasonable basis for jurisdiction.  This action is therefore appropriately subject to summary dismissal.  <u>Apple v. Glenn</u>, 183 F.3d 477 (6th Cir. 1999); <u>see</u> <u>Hagans v. Lavine</u>, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); <u>In re Bendectin Litig.</u>, 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, this action is dismissed.

IT IS SO ORDERED.

<u>/s/Dan Aaron Polster 1/16/07</u>
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

2