UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SANDRA E. TOODLE, et al., | ) | CASE NO. 1:06 CV 2880 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| LAURA BUSH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

<i><u>/s/Dan Aaron Polster 1/16/07</u></i><br>
DAN AARON POLSTER<br>
UNITED STATES DISTRICT JUDGE